**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1231**

---

JONATHON MOSELEY,

Plaintiff - Appellant,

versus

DIANNA PRICE, individually and as Secretary of
the Loudoun County Electoral Board; JEAN
JENSEN, individually and as Secretary of the
Virginia State Board of Elections;
COMMONWEALTH OF VIRGINIA, a State covered
under Section 5 of the Federal Voting Rights
Act of 1965, by its Governor Mark Warner;
ANDREW PARKER, individually and as Assistant
Commonwealth Attorney for the County of
Arlington; ROBERT ANDERSON, "Bob"; TIM JOHNS,
individually but found at WAGE Radio,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-03-1320-A)

---

Submitted:  August 13, 2004          Decided:  August 23, 2004

---

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jonathon Moseley, Appellant Pro Se. John Adrian Gibney, Jr.,
THOMPSON & MCMULLAN, Richmond, Virginia, James Christian Stuchell,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Alexander Francuzenko, O'CONNELL, O'CONNELL & SARSFIELD, Rockville,
Maryland; Robert Theodore Mitchell, Jr., Winchester, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jonathon Moseley appeals from the district court's order dismissing his civil complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moseley v. Price, No. CA-03-1320-A (E.D. Va. filed Jan. 22, 2004 & entered Jan. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED